IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. PAM TUCKER,<br><br>　　　　Plaintiff(s),<br><br>V.<br><br>P.D.L. NAYAK,<br><br>　　　　Defendant. | Civil No. **06-662-JPG** |

# ORDER

**PROUD, Magistrate Judge:**

Before the Court is defendant Nayak's motion to compel relator Tucker to respond to interrogatories and requests for production propounded on or about September 29, 2008. **(Doc. 55).** Relator Tucker did not respond to defendant's discovery requests, and no motion for an extension of time was ever filed with the Court. Relator Tucker has never responded to the subject motion to compel.

**IT IS HEREBY ORDERED** that defendant Nayak's motion to compel **(Doc. 55)** is **GRANTED**. Having waived all objections to the discovery requests, on or before **January 15, 2009**, relator Tucker shall respond and/or comply with each request, without objection, if relator has not already done so.

**IT IS SO ORDERED.**

DATED: January 9, 2009

　　　　　　　　　　　　　　　　　　　　　s/ Clifford J. Proud
　　　　　　　　　　　　　　　　　　　　　**CLIFFORD J. PROUD**
　　　　　　　　　　　　　　　　　　　　　**U. S. MAGISTRATE JUDGE**