UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE UNITED STATES OF AMERICA *ex rel.* PAM TUCKER,<br><br>    Plaintiff,<br><br>    v.<br><br>P.D.L NAYAK, M.D.,<br><br>    Defendant. | Case No. 06-cv-662-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant P.D.L. Nayak, M.D. and against the United States of America *ex rel.* Pam Tucker; and that this case is dismissed with prejudice.

**DATED:  June 15, 2009**          JUSTINE FLANAGAN, Acting Clerk

                                                      By:s/Deborah Agans, Deputy Clerk


**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**